IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANGLE' GOLDSTON, individually and on behalf of others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>ARIEL COMMUNITY CARE, LLC, DONNIE MANN and PIERRE PICKENS,<br><br>    Defendants. | Civil Action No.: 1:21-CV-000615 |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff, Angle' Goldston, and Defendants, Ariel Community Care, LLC, Donnie Mann and Pierre Pickens, who jointly submit that the Parties to this matter have reached a tentative settlement agreement. The Parties intend to submit a motion for approval within thirty (30) days of the date hereof.

Respectfully submitted,

*/s/ Nathaniel C. Smith*
Nathaniel C. Smith
NC Bar No. 20133
Attorney for Plaintiff
BAGWELL HOLT SMITH P. A.
111 Cloister Ct., Suite 200
Chapel Hill, NC 27514
Telephone: (919) 401-0062
Facsimile: (919) 403-0063
Email: nsmith@bhspa.com

*Counsel for Defendants*

*/s/ Brian L. Kinsley*
Brian L. Kinsley
NC Bar No. 38683
Attorney for Plaintiffs
CRUMLEY ROBERTS, LLP
2400 Freeman Mill Rd, Ste. 200
Greensboro NC 27406
Telephone: (336) 333-9899
FAX: (336) 333-9894
Email: blkinsley@crumleyroberts.com

*/s/ Scott E. Brady*
Philip Bohrer
Scott E. Brady
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: phil@bohrerbrady.com
Email: scott@bohrerbrady.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Notice was electronically filed with the Clerk of Court by using the Court's CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.

This Wednesday, September 21, 2022.

*/s/ Scott E. Brady*