IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANGLE' GOLDSTON, individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiff | ) ) | 1:21CV615 |
| v. | ) ) | |
| ARIEL COMMUNITY CARE, LLC, DONNIE MANN and PIERRE PICKENS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court on the parties' Unopposed Motion to Amend Settlement. (ECF No. 66.)

The Court having considered the Unopposed Motion to Amend Settlement, the Court ORDERS as follows:

1. The Court approves the amended settlement.

2. The Court approves an individual award of $3,899.74 to Opt-In Plaintiff Michael Noreski.

3. The Court approves reduction of Plaintiff Counsel's attorneys' fees by $3,899.74.

This, the 31st day of January 2023.

/s/ Loretta C. Biggs
United States District Judge