IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANGLE' GOLDSTON, individually )
and on behalf of others similarly )
situated, )
)
    Plaintiff )    Civil Action No.: 1:21-CV-000615 (LCB)
)
v. )
)
ARIEL COMMUNITY CARE, LLC, )
DONNIE MANN and PIERRE )
PICKENS, )
)
    Defendants. )

## DEFENDANTS' AMENDED MOTION TO COMPEL COMPLIANCE WITH COURT ORDER AND FOR SANCTIONS

Defendants ARIEL COMMUNITY CARE, LLC DONNIE MANN and PIERRE PICKENS ("Defendants"), through their attorney Janet J. Lennon make this Amended Motion to Compel Compliance with this Court's Order dated December 16, 2022 and for sanctions. This amended motion is submitted to be in compliance with the local rule requirement of a separate motion and brief. LR7.3. In support of their Amended Motion, Defendants show the Court the following:

    1.    The parties signed a Settlement Agreement in this case. Plaintiff's attorney filed an unopposed motion to the Court for an Order Approving the Settlement with a proposed Order. Docket Entry 62.

    2.    On December 16, 2022, this Court signed an Order Approving Settlement, The Order stated the terms of Defendants' payment obligations for compliance with the

Settlement Agreement and Plaintiff's obligation once Defendants were in compliance. The relevant order that Plaintiff dismiss this action (which is the same language submitted by Plaintiff in its Motion and Proposed Order) is stated in the provision of the Order that: "5. Plaintiff shall file a Stipulation of Dismissal with prejudice of this action in its entirety within thirty (30) of the final payment as set forth in the Settlement Agreement." Docket Entry 64.

3. Defendants complied with their obligations stated in the Settlement Approval Order and made all payments as set forth in the Settlement Agreement on or about January 12, 2023. They seek compliance with Plaintiff's obligation to file a stipulation of dismissal.

WHEREFORE, Defendants respectfully request that the Court enter an Order compelling Plaintiff to comply with this Court's Order dated December 16, 2023 and file a Stipulation of Dismissal with prejudice of this action. A proposed Order is provided.

This 12th day of January, 2024.

/s/ Janet J. Lennon
Janet J. Lennon, Attorney for Plaintiff
N.C. Bar No.: 30458
123 West Main St., Suite 215
Durham, NC 27701
Phone (919) 680-8548
Fax   (919) 680-8549
*Attorney for Defendants*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANGLE' GOLDSTON, individually )
and on behalf of others similarly )
situated, )
)
)
    Plaintiff ) Civil Action No.: 1:21-CV-000615 (LCB)
)
v. )
)
ARIEL COMMUNITY CARE, LLC, )
DONNIE MANN and PIERRE )
PICKENS, )
)
    Defendants. )

## [PROPOSED] ORDER ON DEFENDANTS' AMENDED MOTION TO COMPEL COMPLIANCE WITH COURT ORDER AND FOR SANCTIONS

This Court having considered Defendants' amended motion to compel compliance with the Order of this Court dated December 16, 2022 and for sanctions, it is hereby ORDERED that the Motion is granted. Plaintiff shall file a Stipulation of Dismissal with Prejudice of this action in its entirety within five (5) days of this Order. The Court will set this matter on for potential sanctions.

This the    day of        . 2024.

_____
Loretta C. Biggs, United States District Judge

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Motion and Proposed Order was served on counsel named below, on the date indicated below, by depositing a copy in a postage-paid envelope, and delivering it into the custody of the U.S. Postal Service, and with a courtesy copy being sent by email, each addressed as follows:

Brian L. Kinsley, Attorney for Plaintiff
Crumley Roberts
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Fax: (336) 333-9894
blkinsley@crumleyroberts.com

PHILIP BOHRER, Attorney for Plaintiff
Bohrer Brady, LLC
8712 JEFFERSON HIGHWAY, SUITE B
BATON ROUGE, LA 70809
225-925-5297
Fax: 225-231-7000
Email: phil@bohrerbrady.com

Scott E. Brady, Attorney for Plaintiff
BOHRER BRADY, LLC
8712 Jefferson Highway, Ste. B
Baton Rouge, LA 70809
Fax: (225) 231-7000
Email: scott@bohrerbrady.com

This the 12th day of January, 2024.

                                              /s/ Janet J. Lennon
                                        JANET J. LENNON, ESQ.
                                        Attorney for the Defendants
                                        NC Bar #30458
                                        123 W. Main St., Suite 215
                                        Durham, NC 27701
                                        T: 919-680-8548
                                        F: 919-680-8549
                                        jlennon@jlennonlaw.com